**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-03022-WJM-MEH

DAN ALLEN,

    Plaintiff,

v.

HEALTHCARE COLLECTIONS, LLC, d/b/a AR Services, and
DOES 1-10, inclusive,

    Defendants.

---

**ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION**

---

Pursuant to the Stipulation of the parties filed on February 23, 2011 (Doc. #10), this action is DISMISSED WITH PREJUDICE. Each party is to pay his or its own attorneys' fees and costs.

DATED: February 24, 2011

BY THE COURT:

*s/ William J. Martínez*
United States District Judge